**Barbara K. ISHAM, Plaintiff–Appellant,**

v.

**PILLOWTEX CORPORATION, Defendant–Cross Appellant.**

**Nos. 00–1330, 00–1331.**

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 10, 2001.

Before MAYER, Chief Judge, RADER and SCHALL, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**SCHAWBEL CORPORATION, Plaintiff–Appellee,**

v.

**CONAIR CORPORATION, Defendant–Appellant.**

**No. 01–1192.**

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 10, 2001.

Before MAYER, Chief Judge, NEWMAN and CLEVENGER, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.